NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAXEON SOLAR PTE. LTD.,**
*Appellant*

**v.**

**CANADIAN SOLAR, INC.,**
*Appellee*

---

2026-1500

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2024-01039.

-------------------------------------------------

**CANADIAN SOLAR, INC.,**
*Appellant*

**v.**

**MAXEON SOLAR PTE. LTD.,**
*Appellee*

---

2026-1525

---

2        MAXEON SOLAR PTE. LTD. v. CANADIAN SOLAR, INC.

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2024-01039.

―――――――――――

## ON MOTION

―――――――――――

Before TARANTO, *Circuit Judge.*

## O R D E R

Upon consideration of Maxeon Solar PTE. Ltd.'s unopposed motion to voluntarily dismiss its appeal, Appeal No. 2026-1500,

IT IS ORDERED THAT:

The motion is granted to the extent Appeal Nos. 2026-1500 and 2026-1525 are deconsolidated; the revised official captions are reflected in this order; and Appeal No. 2026-1500 is dismissed with each party to bear its own costs. The opening brief for Appeal No. 2026-1525 is due no later than 60 days from the date of entry of this order.

FOR THE COURT

July 21, 2026
Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE (only for Appeal No. 2026-1500): July 21, 2026